# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JANE DOE,

    Plaintiff(s),

v.

UNITED AIRLINES, INC., et al.,

    Defendant(s).

Case No.: 2:17-cv-2825-RFB-NJK

**Order**

On February 21, 2018, Plaintiff filed a motion to proceed pseudonymously. Docket No. 14. On March 2, 2018, the Court denied without prejudice Plaintiff's motion for failure to address, *inter alia*, binding Ninth Circuit standards. Docket No. 17. On April 27, 2017, Plaintiff filed her second motion to proceed pseudonymously. Docket No. 27. On May 29, 2018, the Court denied without prejudice Plaintiff's second motion for failure to address relevant arguments related to proceeding pseudonymously when a party is an alleged victim of sexual assault. Docket No. 35.

To date, Plaintiff has failed to either file a renewed motion to proceed pseudonymously or to amend her complaint to substitute her actual name for Jane Doe. *See* Docket. Instead, Plaintiff currently proceeds improperly under a pseudonym.

//
//
//

Accordingly, the Court **ORDERS** Plaintiff to file either a renewed motion to proceed pseudonymously or the appropriate motion to amend her name, no later than July 31, 2018.

IT IS SO ORDERED.

Dated: July 24, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge