# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:17-cv-2825-RFB-NJK<br><br>**Order**<br><br>(Docket No. 49) |

Pending before the Court is Plaintiff's third motion for an order permitting her to proceed by pseudonym. Docket No. 49. A response shall be filed by August 7, 2018. Any reply shall be filed by August 9, 2018.

IT IS SO ORDERED.

Dated: August 3, 2018

                                     NANCY J. KOPPE
                                     United States Magistrate Judge

1