# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No. 2:17-cv-02825-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 58) |
| UNITED AIRLINES, INC., et al., | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Plaintiff.[1] Docket No. 58. The Court hereby **SETS** a hearing on that motion for 1:00 p.m. on September 11, 2018, in Courtroom 3D. Plaintiff shall appear in person. Plaintiff's current counsel and any newly retained counsel shall appear in person. No later than August 27, 2018, Plaintiff's current counsel shall serve her with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than September 4, 2018.

//

//

---

[1] On August 21, 2018, the Court granted in part and denied in part Plaintiff's third motion for an order permitting her to proceed by pseudonym. Docket No. 49. The order stated, in relevant part that, "[a]ll parties shall use [Plaintiff's initials] in all filings for the remainder of this case." *Id.* at 5. The instant filing, however, inappropriately refers to Plaintiff as Jane Doe. Docket No. 58. The Court expects strict compliance with its orders.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

DATED: August 24, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge