# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| K.D., | Case No.: 2:17-cv-02825-RFB-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 63] |
| UNITED AIRLINES, INC., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to amend the caption. Docket No. 63. Plaintiff's motion, which complies with the Court's prior order, asks to amend the caption to reflect her initials K.D. *Id.*; *see also* Docket No. 57.

Accordingly, Plaintiff's motion to amend caption is **GRANTED**. Docket No. 63. The Clerk's Office is **INSTRUCTED** to amend the caption of the instant case to substitute Plaintiff's initials K.D. for "Jane Doe." All parties shall use K.D. for Plaintiff in all future filings.

IT IS SO ORDERED.

Dated: August 29, 2018.

                                                                       _____
                                                                       NANCY J. KOPPE
                                                                       United States Magistrate Judge

1