# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| K.D., | Case No.: 2:17-cv-02825-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 69] |
| UNITED AIRLINES, INC. et al., | |
| Defendant(s). | |

The motion hearing scheduled for September 11, 2018 regarding Docket No. 58 (Motion to Withdraw as Attorney) is **VACATED** in light of the filing at Docket No. 69.

IT IS SO ORDERED.

Dated: September 10, 2018

Nancy J. Koppe
United States Magistrate Judge