BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff K.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| K.D., an individual, | |
| Plaintiff, | CASE NO.: 17-cv-02825-RFB-NJK |
| vs. | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO UNITED'S MOTIONS FILED ON OCTOBER 18, 2018** |
| UNITED AIRLINES, INC., a foreign Corporation; PATRICK ROARK LARABY; DOE Individuals I through X; ROE Corporations and Organizations I through X, | |
| Defendants. | **[First Request]** |
| UNITED AIRLINES, INC., | |
| Cross-Claimant, | |
| PATRICK ROARK LARABY, | |
| Cross-Defendant. | |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff K.D. ("Plaintiff"), United Airlines Inc. ("United") and Patrick Roark Laraby ("Laraby") hereby stipulate and agree as follows:

1. On October 18, 2018, United filed its Motion for Sanctions for Plaintiff's Failure to Comply with the Court's Discovery Order (Docket no. 81);

1

2. On October 18, 2018, United filed its Emergency Motion to Compel Plaintiff to Answer Deposition Questions by Cross Claimant United Airlines, Inc. (Docket no. 82);

3. On October 18, 2018, United filed its Motion for Attorney Fees re: Motion to Compel (Docket no. 83);

4. Pursuant to the Court's scheduling, Plaintiff's responses to the above three United motions are due on or before November 1, 2018;

5. The Parties hereby stipulate to extend the time allowed for Plaintiff to file her responses to the three October 18, 2018 motions to Monday November 5, 2018. The reason for this request is to accommodate the schedule of Plaintiff's counsel.

6. The parties hereby stipulate to a one (1) week extension for United to file its reply to the October 18, 2018 motions, above the initial time allowed based on the new Response date and to accommodate the schedule of United's counsel.

DATED this 1st day of November 2018

  /s/ Bryan Naddafi
Bryan Naddafi, Esq. (SBN:13004)
OLYMPIA LAW, P.C.
9480 S. Eastern Ave #257
Las Vegas, NV 89123
Tel: 702-522-6450
Fax: 702-848-5420
*Attorneys for Plaintiff*

DATED this 1st day of November 2018

  /s/ Michael Cutler
Richard Lazenby, Esq. (*pro hac vice*)
rlazenby@victorranegroup.com
Michael Cutler, Esq. (*pro hac vice*)
mcutler@victorranegroup.com
VICTOR RANE GROUP
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
*Attorneys for United Airlines, Inc.*

DATED this 1st day of November 2018

  /s/ Eric Freeman
ERIC O. FREEMAN  (SBN: 6648)
3993 Howard Hughes Parkway, Suite 200 Las Vegas, NV 89169-0961

Phone: 702.430.5907
Facsimile: 702.228.8824
*Attorneys for Defendant/Cross-Defendant*
PATRICK ROARK LARABY

# ORDER

The parties' stipulation, Docket No. 87, is **GRANTED**.

The deadline for Plaintiff to file her Responses to Defendant United's Motion for Sanctions for Plaintiff's Failure to Comply with the Court's Discovery Order (Docket no. 81); United's Emergency Motion to Compel Plaintiff to Answer Deposition Questions by Cross Claimant United Airlines, Inc. (Docket no. 82); and United's Motion for Attorney Fees re: Motion to Compel (Docket no. 83); is hereby extended to November 5, 2018. The deadline for United to file their reply to the responses is hereby extended by November 12, 2018.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: Nov. 2, 2018