# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

K.D.,

    Plaintiff,

v.

UNITED AIRLINES, INC., *et al.*,

    Defendants.

Case No.: 2:17-cv-02825-RFB-NJK

**Order**

[Docket No. 90]

Pending before the Court is Plaintiff's response to Defendants' motion for attorney fees. Docket No. 90. In support of Plaintiff's response, she submitted a redacted declaration. Docket No. 90-1. In filing this declaration, Plaintiff did not comply with the Court's order regarding filing papers under seal, Docket No. 20, as well as Local Rule IA 10-5 and Ninth Circuit caselaw.

The Court **ORDERS** Plaintiff to file an unredacted declaration or, to the extent Plaintiff believes the document needs to be filed under seal, she must comply with the Court's order regarding filing documents under seal, Local Rule IA 10-5, and relevant Ninth Circuit caselaw, no later than November 16, 2018.

IT IS SO ORDERED.

Dated: November 13, 2018.

Nancy J. Koppe
United States Magistrate Judge