UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

K.D., an individual,

    Plaintiff(s),

v.

UNITED AIRLINES, INC., et al.,

    Defendant(s).

Case No.: 2:17-cv-02825-RFB-NJK

**Order**

[Docket No. 96]

Pending before the Court is Plaintiff's motion to seal Exhibit 1 of Plaintiff's response to Defendant United Airlines, Inc.'s motion to compel. Docket No. 96. Plaintiff's counsel submits Plaintiff's declaration, Docket No. 95-1, should be filed under seal for three reasons—first, to prevent the disclosure of Plaintiff's identity; second, to protect the identity of Plaintiff's significant other and friends; and third, to protect private or confidential information about Plaintiff's employer. *Id*. at 3.

There is a strong presumption of public access to judicial files and records. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). A party seeking to file documents under seal bears the burden of overcoming that presumption. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178). Parties seeking to maintain the confidentiality of documents attached to non-dispositive motions must make a "particularized showing" of "good cause." *See Kamakana*, 447 F.3d at 1180 (quoting *Foltz*, 331 F.3d at 1137).

1

Plaintiff's motion does not show good cause as to why sealing is appropriate. First, with regard to Plaintiff's identity, the Court has already ordered that Plaintiff may proceed under her initials, so her name may be redacted. *See* Docket No. 57. However, there does not appear to be any additional identifying information for Plaintiff in the declaration, and therefore, there is no further need for redaction to protect her identity. *Compare* Docket No. 90-1 *with* Docket No. 95-1. Additionally, Plaintiff's motion contains no discussion or showing of why sealing is appropriate with respect to Plaintiff's significant other, friends, or employer. *See* Docket No. 96. Accordingly, the motion to seal is **DENIED** without prejudice.

The Clerk's office is **INSTRUCTED** to continue to maintain the subject filing under seal on an interim basis, however, as the Court will afford one final opportunity for Plaintiff to demonstrate cause for sealing. To the extent Plaintiff continues to seek the sealing of Docket No. 95-1, Plaintiff must file a motion identifying legal authority to support sealing. The renewed motion to seal shall be filed no later than November 21, 2018.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
Nancy J. Koppe
United States Magistrate Judge