# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

K.D., an individual,

    Plaintiff(s),

v.

UNITED AIRLINES, INC., et al.,

    Defendant(s).

Case No.: 2:17-cv-02825-RFB-NJK

**Order**

[Docket No. 101]

Pending before the Court is a renewed motion to withdraw as counsel for Plaintiff. Docket No. 101. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on December 20, 2018, in Courtroom 3B. Plaintiff shall appear in person. Plaintiff's current counsel and any newly retained counsel shall appear in person. **THERE WILL BE NO EXCEPTIONS TO THE APPEARANCE REQUIREMENTS OF BOTH PLAINTIFF AND COUNSEL.** No later than December 4, 2018, Plaintiff's current counsel shall serve her with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than December 13, 2018.

Unless and until the Court grants Mr. Naddafi's motion to withdraw, he remains counsel of record in this matter. As such, he is required to comply with all Court orders including, but not limited to, the order requiring him to file Plaintiff's declaration in compliance with Docket No. 100.

. . .

. . .

1

Failure to comply with any portion of this order may result in sanctions.

IT IS SO ORDERED.

Dated: November 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge