BRYAN NADDAFI, ESQ.
Nevada Bar No. 13004
OLYMPIA LAW, P.C.
9480 S. Eastern Avenue, Suite #257
Las Vegas, Nevada 89123
Telephone No. (702) 522-6450
Email: bryan@olympialawpc.com
*Attorneys for Plaintiff K.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| K.D., an individual, | |
| Plaintiff, | CASE NO.: 17-cv-02825-RFB-NJK |
| vs. | |
| UNITED AIRLINES, INC., a foreign Corporation; PATRICK ROARK LARABY; DOE Individuals I through X; ROE Corporations and Organizations I through X, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO UNITED'S MOTION FOR SANCTIONS FILED ON NOVEMBER 29, 2018** |
| Defendants. | **[First Request]** |
| UNITED AIRLINES, INC., | |
| Cross-Claimant, | |
| PATRICK ROARK LARABY, | |
| Cross-Defendant. | |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff K.D. ("Plaintiff"), United Airlines Inc. ("United") and Patrick Roark Laraby ("Laraby") hereby stipulate and agree as follows:

1. On November 29, 2018, United filed its Motion for Sanctions for Plaintiff's Violation of the Court Order of November 16, 2018 (Docket No. 103).

1

2. Pursuant to the Court's scheduling, Plaintiff's response to the above motion is due on or before December 13, 2018.

3. The Parties hereby stipulate to extend the time allowed for Plaintiff to file her response to United's Motion for Sanctions for Plaintiff's Violation of the Court Order of November 16, 2018 to Monday December 17, 2018. The reason for this request is to accommodate the schedule of Plaintiff's counsel.

4. The parties hereby stipulate to a one (1) week extension for United to file its reply to Plaintiff's Response, above the initial time allowed based on the new Response date and to accommodate the schedule of United's counsel.

DATED this 13th day of December 2018

__/s/ Bryan Naddafi_____
Bryan Naddafi, Esq. (SBN:13004)
OLYMPIA LAW, P.C.
9480 S. Eastern Ave #257
Las Vegas, NV 89123
Tel: 702-522-6450
Fax: 702-848-5420
*Attorneys for Plaintiff*

DATED this 13th day of December 2018

___/s/ Richard Lazenby_____
Richard Lazenby, Esq. (*pro hac vice*)
rlazenby@victorranegroup.com
Michael Cutler, Esq. (*pro hac vice*)
mcutler@victorranegroup.com
VICTOR RANE GROUP
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
*Attorneys for United Airlines, Inc.*

DATED this 13th day of December 2018

__/s/ Eric Freeman_____
ERIC O. FREEMAN (SBN: 6648)
3993 Howard Hughes Parkway, Suite 200 Las Vegas, NV 89169-0961
Phone: 702.430.5907
Facsimile: 702.228.8824
*Attorneys for Defendant/Cross-Defendant*
PATRICK ROARK LARABY

# **ORDER**

IT IS SO ORDERED:

The deadline for Plaintiff to file her Response to Motion for Sanctions for Plaintiff's Violation of the Court Order of November 16, 2018 (Docket No. 103) is hereby extended to December 17, 2018. The deadline for United to file its reply to the response is hereby extended to December 24, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2018