# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

K.D.,

    Plaintiff(s),

v.

UNITED AIRLINES, et al.,

    Defendant(s).

Case No.: 2:17-cv-02825-RFB-NJK

**Order**

Pending before the Court is Plaintiff's request for an extension of time for the parties' proposed joint pretrial order. Docket No. 166. Also pending before the Court is an order for Plaintiff to show cause why the Court should not issue sanctions against her for violating a Court order and for failing to prosecute. Docket No. 165.

The Court hereby **SETS** these matters for hearing on August 20, 2019, at 11:00 a.m., in Courtroom 3C. Plaintiff and local counsel for Defendants are required to be present <u>in person</u> at the hearing. Counsel located out of this District is also required to be present at the hearing, but may file a request for telephonic appearance, no later than August 16, 2019. **THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: August 14, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1