# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| K.D.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>UNITED AIRLINES, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:17-cv-02825-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 173) |

Pending before the Court is Defendant Patrick Laraby's motion for another extension of time to file the Proposed Joint Pretrial Order. Docket No. 173. The Court **GRANTS** the stipulation. The parties must file their Proposed Joint Pretrial Order no later than September 27, 2019.

IT IS SO ORDERED.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1