1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9  K.D.,

10          Plaintiff(s),

11  v.

12  UNITED AIRLINES, et al.,

13          Defendant(s).

Case No.: 2:17-cv-02825-RFB-NJK

**ORDER**

(Docket Nos. 182, 183)

14          Pending before the Court are Plaintiff's motions for sanctions and to reopen discovery.

15  Docket Nos. 182, 183.  Among other deficiencies, Plaintiff fails to include points and authorities

16  in support of her motions.  Plaintiff thus consents to the denial of her motions.  Local Rule 7-2(d).

17  Accordingly, the Court **DENIES** Plaintiff's motions without prejudice.  *See Kor Media Grp., LLC*

18  *v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013).  The Court again advises Plaintiff that she is

19  required to comply with all Federal and Local Rules.

20          IT IS SO ORDERED.

21          Dated: September 24, 2019

22          _____

23          Nancy J. Koppe
             United States Magistrate Judge

24

25

26

27

28

1