UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

K.D.,

    Plaintiff(s),

v.

UNITED AIRLINES, INC.,

    Defendant(s).

Case No.: 2:17-cv-02825-RFB-NJK

**ORDER**

On September 16, 2019, the Court ordered Plaintiff to show cause in writing why the Court should not sanction her for violating the Court's order to "send her draft of the Proposed Joint Pretrial Order to Defense counsel no later than Thursday, September 5, 2019." Docket No. 176; *see also* Docket No. 171. In response to the Court's order to show cause, Plaintiff has filed a declaration. Docket No. 190.

As an initial matter, Plaintiff's request that the Court consider sanctioning Defense counsel is inappropriate. A response to an order to show cause is inherently not the place to make a request; the response must explain only why the court should not sanction Plaintiff.

Turning to the substance of Plaintiff's response, Plaintiff submits that her failure to send her draft of the Proposed Joint Pretrial Order to Defense counsel by the deadline to do so is not her fault alone. *Id.* at 2–3. Plaintiff submits that Defense counsel "failed to communicate after [] multiple calls and attempts to contact [them] and [that she] had delivered [her draft of the]

1

Proposed Joint [Pretrial Order] in the format" they requested. *Id.* at 1–2. Plaintiff also submits that she had "fax[ed] and mail[ed]" her draft to Defense counsel. *Id.* at 2.

The Court allows Defendants a chance to respond to Plaintiff's declaration. Defendants may respond no later than October 10, 2019.

IT IS SO ORDERED.

Dated: October 2, 2019

_____
Nancy J. Koppe
United States Magistrate Judge