# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| K.D., | Case No. 2:17-cv-02825-RFB-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED AIRLINES, Inc., | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 196) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 4, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 18, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

| | |
|---|---|
| 1 | **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 196) |
| 2 | is ACCEPTED and ADOPTED in full. |
| 3 | **IT IS FUTHER ORDERED** that Defendant United's request for dismissal sanctions is |
| 4 | **GRANTED** and requests for attorneys' fees and costs is **DENIED**. Docket Nos. 160, 179. |
| 5 | The Clerk of Court is directed to mail a copy of this Order to Plaintiff. |
| 7 | DATED: December 16, 2019. |

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**